# EXHIBIT A

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=VA0002228292&Search_Code=REGS&PID=yGzgZsHFIXWFvS6y79@zna...
Update
previous next
Labeled View

*Damage control? Ellen Degeneres and Kevin Hart have a business lunch in...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002228292 / 2020-11-12 |
| **Application Title:** | Damage control? Ellen Degeneres and Kevin Hart have a business lunch in Santa Barbara while Eniko plays on the beach - set number BGUS_1978938 - 19 images |
| **Title:** | Damage control? Ellen Degeneres and Kevin Hart have a business lunch in Santa Barbara while Eniko plays on the beach - set number BGUS_1978938 - 19 images. [Group registration of published photographs. 19 photographs. 2020-08-15 to 2020-08-15] |
| **Description:** | 19 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-08-15 to 2020-08-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Clint Brewer; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in August 2020 (19 photographs): 28654249, 28654248, 28654247, 28654246, 28654245, 28654244, 28654243, 28654242, 28654241, 28654240, 28654239, 28654238, 28654237, 28654236, 28654235, 28654234, 28654233, 28654232, 28654231 |
| **Names:** | Brewer, Clint |
| | BackGrid USA, Inc. |

previous next

**Save, Print and Email (Help Page)**

Type here to search
12:20 PM
8/19/2022
47

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=VA0002267948&Search_Code=REGS&PID=UbSd0pO-dmCIGF8tYj6R6m...

previous next

Labeled View

**EXCLUSIVE* Guy's night out! Jay Z is seen leaving dinner at Giorgio Baldi...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002267948 / 2021-09-07 |
| **Application Title:** | *EXCLUSIVE* Guy's night out! Jay Z is seen leaving dinner at Giorgio Baldi with his friends - set number BGUS_2144821 - 13 images |
| **Title:** | *EXCLUSIVE* Guy's night out! Jay Z is seen leaving dinner at Giorgio Baldi with his friends - set number BGUS_2144821 - 13 images . [Group registration of published photographs. 13 photographs. 2021-06-10 to 2021-06-10] |
| **Description:** | 13 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States |
| **Date of Creation:** | 2021 |
| **Publication Date Range:** | 2021-06-10 to 2021-06-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Roberto Maciel: Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimantAND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title ofthe group and the Case Number assigned to the application. |
| **Photographs:** | Published in June 2021 (13 photographs): 31430268, 31430267, 31430266, 31430265, 31430264, 31430263, 31430262, 31430261, 31430260, 31430259, 31430258, 31430257, 31430256 |
| **Names:** | Maciel, Roberto |
| | BackGrid USA, Inc. |

previous next

**Save, Print and Email (Help Page)**

Type here to search

12:19 PM
8/19/2022
47

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=VA0002269038&Search_Code=REGS&PID=XZYFSpUo0-Q_2Hu6jb0vKW...

***Saweetie promotes her new Saweetie Meal at McDonalds in Lynwood, CA - set...***

**Type of Work:** Visual Material

**Registration Number / Date:** VA0002269038 / 2021-09-10

**Application Title:** Saweetie promotes her new Saweetie Meal at McDonalds in Lynwood, CA - set number BGUS_2187676 - 174 images

**Title:** Saweetie promotes her new Saweetie Meal at McDonalds in Lynwood, CA - set number BGUS_2187676 - 174 images . [Group registration of published photographs. 174 photographs. 2021-08-09 to 2021-08-09]

**Description:** 174 photographs : Electronic file (eService)

**Copyright Claimant:** BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States.

**Date of Creation:** 2021

**Publication Date Range:** 2021-08-09 to 2021-08-09

**Nation of First Publication:** United States

**Authorship on Application:** Stanley Potts; Domicile: United States. Authorship: photographs.

**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in August 2021 (174 photographs): 32233568, 32233567, 32233566, 32233565, 32233564, 32233563, 32233562, 32233561, 32233560, 32233559, 32233558, 32233557, 32233556, 32233555, 32233554, 32233553, 32233552, 32233551, 32233550, 32233549, 32233548, 32233547, 32233546, 32233545, 32233544, 32233543, 32233542, 32233541, 32233540, 32233539, 32233538, 32233537, 32233536, 32233535, 32233534, 32233533, 32233532, 32233531, 32233530, 32233529, 32233528, 32233527, 32233526, 32233525, 32233524, 32233523, 32233522, 32233521, 32233520, 32233519, 32233518, 32233517, 32233516, 32233515, 32233514, 32233513, 32233512, 32233511, 32233510, 32233509, 32233508, 32233507, 32233506, 32233505, 32233504, 32233503, 32233502, 32233501, 32233500, 32233499, 32233498, 32233497, 32233496, 32233495, 32233494, 32233493, 32233492, 32233491, 32233490, 32233489, 32233488, 32233487, 32233486, 32233485, 32233484, 32233483, 32233482, 32233481, 32233480, 32233479, 32233478, 32233477, 32233476, 32233475, 32233474, 32233473, 32233472, 32233471, 32233470, 32233469, 32233468, 32233467, 32233466, 32233465, 32233464, 32233463, 32233462, 32233461, 32233460, 32233459, 32233458, 32233457, 32233456, 32233455, 32233454, 32233453, 32233452, 32233451, 32233450, 32233449, 32233448, 32233447, 32233446, 32233445, 32233444, 32233443, 32233442, 32233441, 32233440, 32233439, 32233438, 32233437, 32233436, 32233435, 32233434, 32233433, 32233432, 32233431, 32233430, 32233429, 32233428, 32233427, 32233426, 32233425, 32233424, 32233423, 32233422, 32233421, 32233420, 32233419, 32233418, 32233417, 32233416, 32233415, 32233414, 32233413, 32233412, 32233411, 32233410, 32233409, 32233408, 32233407, 32233406, 32233405, 32233404, 32233403, 32233402, 32233401, 32233400, 32233399, 32233398, 32233397, 32233396, 32233395

**Names:** Potts, Stanley

BackGrid USA, Inc.

Type here to search

12:17 PM
8/19/2022

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=VA0002277915&Search_Code=REGS&PID=S2_An8ZwUPpSqGtxTq_c0c... Update

***Kanye West and ASAP Rocky grab dinner together at Nobu! - set number...***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002277915 / 2021-11-24 |
| **Application Title:** | Kanye West and A$AP Rocky grab dinner together at Nobu! - set number BGUS_2261759 - 62 images |
| **Title:** | Kanye West and A$AP Rocky grab dinner together at Nobu! - set number BGUS_2261759 - 62 images . [Group registration of published photographs. 31 photographs. 2021-11-09 to 2021-11-09] |
| **Description:** | 31 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2021 |
| **Publication Date Range:** | 2021-11-09 to 2021-11-09 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Peter Manoukian; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in November 2021 (31 photographs): 33683645, 33683644, 33683643, 33683642, 33683641, 33683640, 33683639, 33683638, 33683637, 33683636, 33683635, 33683634, 33683633, 33683632, 33683631, 33683630, 33683629, 33683628, 33683627, 33683626, 33683625, 33683624, 33683623, 33683622, 33683621, 33683620, 33683619, 33683618, 33683617, 33683616, 33683615 |
| **Names:** | Manoukian, Peter<br>BackGrid USA, Inc. |

previous next

**Save, Print and Email (Help Page)**

Select Download Format Full Record Format for Print/Save

Enter your email address: Email

Type here to search 12:18 PM 8/19/2022







