# EXHIBIT B





# Tweet

**The Source Magazine** ✓
@TheSource

Ellen DeGeneres and Kevin Hart Spotted Together Amid Toxic Workplace Allegations ow.ly/iFY0102kvZ5 #WeGotUs #SourceLove



© Clint Brewer Photography / BSB / BACKGRID

4:34 AM · Aug 17, 2020 · Hootsuite Inc.

**8** Retweets   **4** Quote Tweets   **29** Likes

Tweet your reply                                                    Reply

**Tweett** @Tweett17 · Aug 17, 2020
Replying to @TheSource

---

**Relevant people**

**The Source Magaz...** ✓
@TheSource                                    Follow

Music. Culture. News. Sports. Fashion. Lifestyle. #MoreThanAMagazine. #TheSOURCE IG: @thesource Check Our Sister @HERSource.

**What's happening**

US national news · LIVE
**Jury deliberations continue in Kyle Rittenhouse's homicide trial**

Trending with #KyleRittenhouse, MSNBC

Trending in United States
**Owen Wilson**
Wow — The trailer for the film Marry Me, starring Owen Wilson and Jennifer Lopez, dropped on Wilson's birthday
5,627 Tweets

NFL · Trending
**Antonio Brown**
12.1K Tweets

COVID-19 · LIVE
**COVID-19: News and updates for California**


**Daily Mail Celebrity** ✓ · Last night
**Pam & Tommy first trailer: Lily James and Sebastian Stan's epic transformations finally unveiled**


Show more



