UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>SOURCE DIGITAL, INC., a New York corporation; THE NORTHSTAR GROUP, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.: 2:22-cv-06176 RGK(SKx)<br><br>**ORDER [14]** |

**ORDER**

Upon review and consideration of Plaintiff Backgrid USA, Inc.'s, LLC's Application for Service by Email,

**IT IS HEREBY ORDERED THAT:**

(1) Plaintiff's Application is granted;

(2) Plaintiff is permitted to serve ECF 1-6 on Defendant Source Digital, Inc. via email; and

(3) Plaintiff is permitted to serve Defendant Source Digital, Inc. via email no later than twenty-one (21) days from the date of this Order

**IT IS SO ORDERED.**

Dated: December 14, 2022

_____
R. Gary Klausner
United States District Judge