Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOURCE DIGITAL, INC., a New York corporation; THE NORTHSTAR GROUP, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-06176 HDV (SKx)<br>Hon. Hernan D. Vera<br><br>**JOINT CASE MANAGEMENT STATEMENT PURSUANT TO JUNE 23, 2023 ORDER (DKT. 37)** |

**JOINT CASE MANAGEMENT STATEMENT**

Pursuant to the Court's June 23, 2023 Order, the Parties submit the following Joint Case Management Statement:

a. The case was filed on August 30, 2022.

b. Plaintiff Backgrid USA, Inc., Defendants Source Digital Inc., The Northstar Group, Inc.[1]

c. Backgrid brought this lawsuit against Defendants for copyright infringement. There are no counterclaims.

d. Backgrid alleges that Defendants infringed Backgrid's photographs on their websites.

e. Backgrid served written discovery and a notice of deposition on July 6, 2023. At the time the discovery schedule was under consideration, in early April, the mediation was contemplated as "early" mediation and the parties were unaware that the mediation session would not be scheduled until August. Defendant Source Digital, Inc. has requested that it receive an extension for all discovery so that it does not have to invest attorney's fees in responding to it prior to mediation, which is scheduled for August 11, 2023. Backgrid is generally agreeable to the idea of providing an extension but can only do so if the Court extends the discovery cutoff date and motion cutoff date. Both parties hereby request a continuance of these deadlines, as set forth below in paragraph (i).

f. The Parties are scheduled to mediate this case with Gail Title on August 11, 2023. Backgrid found two additional alleged infringements on Source Digital's websites and has met and conferred with Source Digital about

---

[1] Source Digital claims that "The Northstar Group, Inc." the named co-defendant in this case, is an unrelated entity that was named and served in error. Source Digital further claims that "The NorthStar Group" is used as an informal d/b/a bya group of affiliated entities, including Source Digital, but is not a legal entity. Backgrid has served some threshold discovery on the issue and upon receiving verified responses explaining the same, Backgrid will dismiss Northstar.

amending the complaint to include them. If Source Digital does not stipulate to the amendment, Backgrid will file a motion for leave to amend.

   g. The Court issued the following deadlines:

      Trial: December 5, 2023

      Pretrial Conference: November 20, 2023

      Motion Cut-off Date: September 20, 2023

      Discovery Cut-off Date: September 6, 2023

      Last day to amend: May 8, 2023

   h. The Parties do not consent to a magistrate judge for trial.

   i. There is no immediate need for a case management conference, but the parties request a three-month continuance on the discovery cut-off, motion, and trial deadlines in order to preserve resources and facilitate settlement, including the mediation scheduled for August 11, 2023.

Dated: July 10, 2023

**ONE LLP**

By: /s/ Joanna Ardalan
      Joanna Ardalan
      Peter R. Afrasiabi

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

Dated: July 10, 2023

**SOURCE DIGITAL, INC.**

By: /s/ Matthew Abbott
      Matthew Abbott

*Attorney for Defendant,*
Source Digital, Inc.