Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOURCE DIGITAL, INC., a New York corporation; THE NORTHSTAR GROUP, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No. 2:22-cv-06176 HDV (SKx)<br><br>**COMPETING PROPOSED VERDICT FORM**<br><br>**Final Pretrial Conference**<br>Date: February 13, 2024<br>Time: 10:00 a.m.<br>Crtrm: 5B<br><br>**Trial Date**<br>Date: March 5, 2024<br>Time: 9:00 a.m.<br>Crtrm: 5B |

The Parties hereby jointly submit the following Competing Proposed Verdict Form.

**PLAINTIFF BACKGRID USA, INC.'S PROPOSED JURY VERDICT FORM**

We, the Jury, answer the questions submitted to us as follows:

1. How many of the Plaintiff's photographs, if any, did Defendant infringe?

   _____

*If you answered "0" or "none," please notify the Court Clerk that you have finished.*

*If you answered with a number greater than "0," please proceed to Question 2.*

2. How many of Plaintiff's photographs did Defendant show by a preponderance of the evidence that it infringed innocently?

   _____

3. How many of its photographs did Plaintiff show by a preponderance of the evidence that Defendant infringed willfully?

   _____

**STATUTORY DAMAGES**

4. For infringements that were innocent, what amount of statutory damages do you award for <u>each</u> copyrighted work ($200 - $30,000)?

_____

*If you found that each infringement was innocent, please notify the Court Clerk that you have finished.*

5. For infringements that were willful, what amount of statutory damages do you award for <u>each</u> copyrighted work (up to $150,000)?

_____

*If you found that each infringement was either innocent or willful, please notify the Court Clerk that you have finished.*

6. If you found that any infringements were neither willful nor innocent, what amount of statutory damages do you award for <u>each</u> of those copyrighted works ($750 - $30,000)?

_____

**DEFENDANT SOURCE DIGITUAL INC.'S PROPOSED JURY VERDICT FORM**

We, the Jury, answer the questions submitted to us as follows:

1. Has the Plaintiff proved by a preponderance of the evidence that Defendant copied the photograph of Ellen DeGeneres and Kevin Hart?

    YES _____    NO _____

    *If you answered "Yes," please proceed to Question 2.*

    *If you answered "No," please proceed to Question 10.*

2. Has the Defendant proved by a preponderance of the evidence that it made fair use of the photograph of Ellen DeGeneres and Kevin Hart by copying it for news reporting purposes.

    YES _____    NO _____

    *If you answered "Yes," please proceed to Question 10.*

    *If you answered "No," please proceed to Question 3.*

3. Has the Defendant proved by a preponderance of the evidence that it was not aware that its copying of the photograph of Ellen DeGeneres and Kevin Hart constituted infringement of the copyright?

    YES _____    NO _____

    *If you answered "Yes," please proceed to Question 4.*

    *If you answered "No," please proceed to Question 5.*

4. Has Defendant proved by a preponderance of the evidence that it had no reason to believe that its copying of the photograph of Ellen DeGeneres and Kevin Hart constituted an infringement of the copyright.

    YES _____    NO _____

3
**COMPETING PROPOSED VERDICT FORM**

*If you answered "Yes," please proceed to Question 8.*

*If you answered "No," please proceed to Question 5.*

5. Has the Plaintiff proved by a preponderance of the evidence that Defendant, in copying the photograph of Ellen DeGeneres and Kevin Hart, engaged in acts that infringed the copyright; and

   YES      NO

   *If you answered "Yes," please proceed to Question 6.*

   *If you answered "No," please proceed to Question 7.*

6. Has the Plaintiff proved by a preponderance of the evidence that Defendant knew its copying of the photograph of Ellen DeGeneres and Kevin Hart infringed the copyright, or the Defendant acted with reckless disregard for, or willful blindness to, the copyright holder's rights.

   YES      NO

   *If you answered "Yes," please proceed to Question 9.*

   *If you answered "No," please proceed to Question 7.*

7. What amount of statutory damages do you award for the photograph of Ellen DeGeneres and Kevin Hart ($750 - $30,000)?

   _____

   *Please proceed to Question 10.*

8. What amount of statutory damages do you award for the photograph of Ellen DeGeneres and Kevin Hart ($200 - $30,000)?

   _____

   *Please proceed to Question 10.*

9. What amount of statutory damages do you award for the photograph of Ellen DeGeneres and Kevin Hart ($750 - $150,000)?

   _____

   *Please proceed to Question 10.*

10. Has the Plaintiff proved by a preponderance of the evidence that Defendant copied the photograph of Jay-Z?

    YES        NO

*If you answered "Yes," please proceed to Question 11.*

*If you answered "No," please proceed to Question 19.*

11. Has the Defendant proved by a preponderance of the evidence that it made fair use of the photograph of Jay-Z by copying it for news reporting purposes.

    YES        NO

*If you answered "Yes," please proceed to Question 19.*

*If you answered "No," please proceed to Question 12.*

12. Has the Defendant proved by a preponderance of the evidence that it was not aware that its copying of the photograph of Jay-Z constituted infringement of the copyright?

    YES        NO

*If you answered "Yes," please proceed to Question 13.*

*If you answered "No," please proceed to Question 14.*

13. Has Defendant proved by a preponderance of the evidence that it had no reason to believe that its copying of the photograph of Jay-Z constituted an infringement of the copyright.

    YES        NO

*If you answered "Yes," please proceed to Question 17.*

6

**COMPETING PROPOSED VERDICT FORM**

*If you answered "No," please proceed to Question 14.*

14. Has the Plaintiff proved by a preponderance of the evidence that Defendant, in copying the photograph of Jay-Z, engaged in acts that infringed the copyright; and

      YES      NO

*If you answered "Yes," please proceed to Question 15.*

*If you answered "No," please proceed to Question 16.*

15. Has the Plaintiff proved by a preponderance of the evidence that Defendant knew its copying of the photograph of Jay-Z infringed the copyright, or the Defendant acted with reckless disregard for, or willful blindness to, the copyright holder's rights.

      YES      NO

*If you answered "Yes," please proceed to Question 18.*

*If you answered "No," please proceed to Question 16.*

16. What amount of statutory damages do you award for the photograph of Jay-Z ($750 - $30,000)?

   _____

*Please proceed to Question 19.*

17. What amount of statutory damages do you award for the photograph of Jay-Z ($200 - $30,000)?

   _____

7
**COMPETING PROPOSED VERDICT FORM**

*Please proceed to Question 19.*

18. What amount of statutory damages do you award for the photograph of Jay-Z ($750 - $150,000)?

   _____

*Please proceed to Question 19.*

19. Has the Plaintiff proved by a preponderance of the evidence that Defendant copied the photograph of Saweetie?

    YES      NO

*If you answered "Yes," please proceed to Question 20.*

*If you answered "No," please proceed to Question 28.*

20. Has the Defendant proved by a preponderance of the evidence that it made fair use of the photograph of Saweetie by copying it for news reporting purposes.

    YES      NO

*If you answered "Yes," please proceed to Question 28.*

*If you answered "No," please proceed to Question 21.*

21. Has the Defendant proved by a preponderance of the evidence that it was not aware that its copying of the photograph of Saweetie constituted infringement of the copyright?

    YES      NO

*If you answered "Yes," please proceed to Question 22.*

*If you answered "No," please proceed to Question 23.*

22. Has Defendant proved by a preponderance of the evidence that it had no reason to believe that its copying of the photograph of Saweetie constituted an infringement of the copyright.

    YES      NO

*If you answered "Yes," please proceed to Question 26.*

*If you answered "No," please proceed to Question 23.*

23. Has the Plaintiff proved by a preponderance of the evidence that Defendant, in copying the photograph of Saweetie, engaged in acts that infringed the copyright; and

    YES _____ NO _____

    *If you answered "Yes," please proceed to Question 24.*

    *If you answered "No," please proceed to Question 25.*

24. Has the Plaintiff proved by a preponderance of the evidence that Defendant knew its copying of the photograph of Saweetie infringed the copyright, or the Defendant acted with reckless disregard for, or willful blindness to, the copyright holder's rights.

    YES _____ NO _____

    *If you answered "Yes," please proceed to Question 27.*

    *If you answered "No," please proceed to Question 25.*

25. What amount of statutory damages do you award for the photograph of Saweetie ($750 - $30,000)?

    _____

    *Please proceed to Question 28.*

10
**COMPETING PROPOSED VERDICT FORM**

26. What amount of statutory damages do you award for the photograph of Saweetie ($200 - $30,000)?

   _____

   *Please proceed to Question 28.*

27. What amount of statutory damages do you award for the photograph of Saweetie ($750 - $150,000)?

   _____

   *Please proceed to Question 28.*

28. Has the Plaintiff proved by a preponderance of the evidence that Defendant copied the photograph of Kanye West and A$AP Rocky?

    YES       NO

*If you answered "Yes," please proceed to Question 29.*

*If you answered "No," please notify the Court Clerk that you have finished.*

29. Has the Defendant proved by a preponderance of the evidence that it made fair use of the photograph of Kanye West and A$AP Rocky by copying it for news reporting purposes.

    YES       NO

*If you answered "Yes," please notify the Court Clerk that you have finished.*

*If you answered "No," please proceed to Question 30.*

30. Has the Defendant proved by a preponderance of the evidence that it was not aware that its copying of the photograph of Kanye West and A$AP Rocky constituted infringement of the copyright?

    YES       NO

*If you answered "Yes," please proceed to Question 31.*

*If you answered "No," please proceed to Question 32.*

31. Has Defendant proved by a preponderance of the evidence that it had no reason to believe that its copying of the photograph of Kanye West and A$AP Rocky constituted an infringement of the copyright.

    YES       NO

**COMPETING PROPOSED VERDICT FORM**

*If you answered "Yes," please proceed to Question 35.*

*If you answered "No," please proceed to Question 32.*

32. Has the Plaintiff proved by a preponderance of the evidence that Defendant, in copying the photograph of Kanye West and A$AP Rocky, engaged in acts that infringed the copyright; and

    YES        NO

*If you answered "Yes," please proceed to Question 33.*

*If you answered "No," please proceed to Question 34.*

33. Has the Plaintiff proved by a preponderance of the evidence that Defendant knew its copying of the photograph of Kanye West and A$AP Rocky infringed the copyright, or the Defendant acted with reckless disregard for, or willful blindness to, the copyright holder's rights.

    YES        NO

*If you answered "Yes," please proceed to Question 36.*

*If you answered "No," please proceed to Question 34.*

34. What amount of statutory damages do you award for the photograph of Kanye West and A$AP Rocky ($750 - $30,000)?

    _____

*Please notify the Court Clerk that you have finished.*

35. What amount of statutory damages do you award for the photograph of Kanye West and A$AP Rocky ($200 - $30,000)?

_____

*Please notify the Court Clerk that you have finished.*

36. What amount of statutory damages do you award for the photograph of Kanye West and A$AP Rocky ($750 - $150,000)?

_____

*Please notify the Court Clerk that you have finished.*

Dated: January 30, 2024　　　　　　　**ONE LLP**

　　　　　　　　　　　　　　　　　　By: */s/ Joanna Ardalan*
　　　　　　　　　　　　　　　　　　　　Joanna Ardalan
　　　　　　　　　　　　　　　　　　　　Peter R. Afrasiabi

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　　　　　Backgrid USA, Inc.

Dated: January 30, 2024　　　　　　　**NOLAN HEIMANN LLP**

　　　　　　　　　　　　　　　　　　By:　*/s/ Jordan Susman*
　　　　　　　　　　　　　　　　　　　　　Jordan Susman

　　　　　　　　　　　　　　　　　　　Jordan Susman, Esq. (SBN 246116)
　　　　　　　　　　　　　　　　　　　Margo Arnold, Esq. (SBN 278288)
　　　　　　　　　　　　　　　　　　　**NOLAN HEIMANN LLP**
　　　　　　　　　　　　　　　　　　　16000 Ventura Blvd., Ste. 1200
　　　　　　　　　　　　　　　　　　　Encino, California 91436

| | |
|---|---|
| 1 | Telephone: (818) 574-5710 |
| 2 | E-mail:jsusman@nolanheimann.com |
| | marnold@nolanheimann.com |
| 3 | |
| 4 | Matthew Abbott |
| | **THE MCMILLAN FIRM** |
| 5 | 240 West 35th St., Suite 405 |
| | New York, NY 10001 |
| 6 | Telephone: (646) |
| | Email: |
| 7 | matthew@thenorthstargroup.biz |
| 8 | Attorneys for Defendant, |
| 9 | SOURCE DIGITAL, INC. |

15
**COMPETING PROPOSED VERDICT FORM**

**SIGNATURE ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: January 30, 2024                  **ONE LLP**

                                         By: /s/ *Joanna Ardalan*
                                         Joanna Ardalan