Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>SOURCE DIGITAL, INC., a New York corporation; THE NORTHSTAR GROUP, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>            Defendant. | Case No. 2:22-cv-06176 HDV (SKx)<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

Upon review and consideration of Plaintiff Backgrid USA, Inc. and Defendant Source Digital, Inc.'s Joint Stipulation to Move the Hearing on Motions in Limine, and good cause appearing therefrom:

**IT IS HEREBY ORDERED THAT:**

1. The Joint Stipulation to Move the Hearing on Motions in Limine is GRANTED and the hearing on Motions in Limine is moved to the date of the Final Pretrial Conference on February 13, 2024 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:                          By: _____

                                                       Honorable Hernán D. Vera
                                                       United States District Judge

///
///
///

**[PROPOSED] ORDER**