Jordan Susman, Esq. (SBN 246116)
Margo Arnold, Esq. (SBN 278288)
**NOLAN HEIMANN LLP**
16000 Ventura Blvd. Ste. 1200
Encino, California 91436
Telephone: (818) 574-5710
E-mail:      jsusman@nolanheimann.com
              marnold@nolanheimann.com

Matthew F. Abbott (*pro hac vice*)
**THE MCMILLAN FIRM**
240 West 35th Street, Suite 405
New York, NY 10001

Attorneys for Defendant
Source Digital, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BACKGRID USA, INC,

   Plaintiff

  vs.

SOURCE DIGITAL, INC., THE
NORTHSTAR GROUP, INC. AND
DOES 1-10,

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  2:22-cv-6176- RGK-SK

**DEFENDANT SOURCE DIGITAL, INC.'S NOTICE OF CHANGE OF LEAD COUNSEL**

Final Pretrial Conf.: Feb. 13, 2024

PLEASE TAKE NOTICE that MARGO ARNOLD has taken the place of JORDAN SUSMAN as lead counsel in this action. Jordan Susman will remain counsel of record.

Dated: February 12, 2024                **NOLAN HEIMANN LLP**

By:   /s/ Margo Arnold
       Margo Arnold

Jordan Susman, Esq. (SBN 246116)
Margo Arnold, Esq. (SBN 278288)
**NOLAN HEIMANN LLP**
16000 Ventura Blvd., Ste. 1200
Encino, California 91436
Telephone: (818) 574-5710
E-mail:jsusman@nolanheimann.com
   marnold@nolanheimann.com

Matthew Abbott
**THE MCMILLAN FIRM**
240 West 35th St., Suite 405
New York, NY 10001
Telephone: (646)
Email:
matthew@thenorthstargroup.biz

Attorneys for Defendant,
SOURCE DIGITAL, INC.

## **PROOF OF SERVICE**

I am over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, California.  My business address is 16000 Ventura Blvd., #1200, Encino, CA 91436.

On February 12, 2024, I served true copies of the following document(s) described as: **DEFENDANT SOURCE DIGITAL, INC.'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OR ARGUMENT THAT DEFENDANT MADE "FAIR USE" OF PLAINTIFF'S COPYRIGHTED WORKS** on the interested parties in this action as follows:

BY COURT'S CM/ECF SYSTEM: Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below

| Peter R. Afrasiabi | Joanna Ardalan |
|---|---|
| OneLLP | OneLLP |
| pafrasiabi@onellp.com | jardalan@onellp.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2024, at Marina Del Rey, California

By: /s/ Margo Arnold

DEFENDANT SOURCE DIGITAL, INC.'S NOTICE OF CHANGE OF LEAD COUNSEL