Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>SOURCE DIGITAL, INC., a New York corporation; THE NORTHSTAR GROUP, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>             Defendant. | Case No. 2:22-cv-06176 HDV (SKx)<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Backgrid USA, Inc. and Defendant Source Digital, Inc. have reached a settlement agreement in principle. The parties will give the court notice when they have entered into an executed settlement agreement. Therefore, the parties request that the Court stay all deadlines pending the same.

Dated: February 15, 2024           **ONE LLP**

                                   By: /s/ Joanna Ardalan
                                       Joanna Ardalan
                                       Peter R. Afrasiabi

                                       *Attorneys for Plaintiff,*
                                       Backgrid USA, Inc.

Dated: February 15, 2024           **NOLAN HEIMANN LLP**

                                   By: /s/ Margo Arnold
                                       Margo Arnold
                                       Jordan Susman

                                       *Attorneys for Defendant,*
                                       Source Digital, Inc.

1
**NOTICE OF SETTLEMENT**

**ECF ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

Dated: February 15, 2024          **ONE LLP**

By: /s/ Joanna Ardalan
      Joanna Ardalan