Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOURCE DIGITAL, INC., a New York corporation; THE NORTHSTAR GROUP, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Case No. 2:22-cv-06176 HDV (SKx)<br><br>**PLAINITIFF BACKGRID USA, INC.'S REQUEST TO APPEAR REMOTELY** |

1  Plaintiff Backgrid USA, Inc. hereby requests that the Court grant it
2  permission to appear remotely at the Status Conference Re: Settlement on February
3  21, 2024. Good cause exists for granting this request.
4  On February 15, 2024, the parties filed a Notice of Settlement. (Dkt. 76).
5  The same day, the Court issued notice of the Status Conference Re:
6  Settlement to be held on February 21, 2024 (Dkt. 77).
7  Plaintiff's counsel Joanna Ardalan has a deposition scheduled on February 21,
8  2024, at 10 a.m. that would make it unduly burdensome for her to attend the Status
9  Conference in person, and therefore requests that she be granted permission to
10 appear remotely.

Dated:  February 20, 2024           **ONE LLP**

By: */s/ Joanna Ardalan*
     Joanna Ardalan
     Peter R. Afrasiabi

     *Attorneys for Plaintiff,*
     Backgrid USA, Inc.

1
**PLAINTIFF BACKGRID USA, INC.'S REQUEST TO APPEAR REMOTELY**